ROGER JON YEHL
LAW OFFICE OF ROGER J. YEHL
201 MAIN STREET
SUITE 4
ALLENHURST, NJ  07711

Re:   ONELLY GONZALEZ
      144 BROOKSIDE AVENUE
      RIVERVALE,  NJ  07675

Atty:   ROGER JON YEHL
        LAW OFFICE OF ROGER J. YEHL
        201 MAIN STREET
        SUITE 4
        ALLENHURST, NJ  07711

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 25-21389

## RECEIPTS AS OF 01/15/2026   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 11/18/2025 | $1,572.00 | | 12/29/2025 | $1,600.00 | |

**Total Receipts: $3,172.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan:  $3,172.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 190.32 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 0.00 | 3,750.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITIBANK NA | UNSECURED | 6,157.49 | 100.00% | 0.00 | 0.00 |
| 0002 | APPLE CARD - GS BANK USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ASPIRE IOWA SL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | BARCLAYS BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BARCLAYS BANK / GAP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 638.47 | 100.00% | 0.00 | 0.00 |
| 0007 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 3,543.78 | 100.00% | 0.00 | 0.00 |
| 0008 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,501.05 | 100.00% | 0.00 | 0.00 |
| 0009 | CREDIT CARD FB&T | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | DISCOVER CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | M&T BANK | (NEW) Prepetition A | 8,908.64 | 100.00% | 0.00 | 0.00 |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 4,782.71 | 100.00% | 0.00 | 0.00 |
| 0017 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,537.60 | 100.00% | 0.00 | 0.00 |
| 0018 | TD BANK USA NA | UNSECURED | 1,794.40 | 100.00% | 0.00 | 0.00 |
| 0019 | THD/CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 25-21389**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0021 | UNLOCK PARTNERSHIP SOLUTION AO1 I | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | QUANTUM3 GROUP LLC | UNSECURED | 14,355.10 | 100.00% | 0.00 | 0.00 |
| 0025 | AMEX/DSNB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0038 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0040 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0042 | DEPARTMENT OF ED. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 7,473.02 | 100.00% | 0.00 | 0.00 |
| 0044 | QUANTUM3 GROUP LLC | UNSECURED | 1,175.06 | 100.00% | 0.00 | 0.00 |
| 0045 | RESURGENT CAPITAL SERVICES | UNSECURED | 8,855.56 | 100.00% | 0.00 | 0.00 |
| 0046 | VERIZON BY AIS INFOSOURCE LP AS AGI | UNSECURED | 86.51 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $190.32**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $3,172.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $190.32     =     Funds on Hand: $2,981.68

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.