Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  25−21389−SLM
    Chapter:  13
    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Onelly Gonzalez
   aka Onelly Alonzo Delacruz, dba XXCELL
   Management LLC
   144 Brookside Avenue
   Rivervale, NJ 07675

Social Security No.:
   xxx−xx−6828

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 15, 2026.

Dated: January 16, 2026
JAN: omf

                                         Jeanne Naughton
                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Onelly Gonzalez  
    Debtor

Case No. 25-21389-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 16, 2026     Form ID: plncf13     Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Onelly Gonzalez, 144 Brookside Avenue, Rivervale, NJ 07675-6265 |
| 520860897 | + | Aspire Iowa SL, 6805 Vista Drive, West Des Moines, IA 50266-9307 |
| 520860903 | + | Credit Card FB&T, PO Box 84064, Columbus, GA 31908-4064 |
| 520860908 | | M&T Bank, CBD Team, Millsboro, DE 19966-0900 |
| 520860915 | + | Unlock Partnership Solutions AO1 Inc., 548 Market Street, Suite 31036, San Francisco, CA 94104-5401 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 16 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 16 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520860895 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 20:56:21 | Amex/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520860896 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 16 2026 20:52:00 | Apple Card - GS Bank USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 520946771 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 16 2026 20:52:00 | Aspire Servicing Center obo ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 520860898 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 16 2026 20:52:00 | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 520860899 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 16 2026 20:52:00 | Barclays Bank / Gap, 125 South West Street, Wilmington, DE 19801-5014 |
| 520860900 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 16 2026 20:52:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520860901 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 16 2026 20:55:58 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 520860902 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2026 20:55:58 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520937832 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 20:56:21 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520860904 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 16 2026 20:53:00 | Department of Ed., 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 520860905 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 16 2026 20:53:00 | Department of Education, 121 S. 13th Street, Lincoln, NE 68508-1911 |

Case 25-21389-SLM   Doc 16   Filed 01/18/26   Entered 01/19/26 00:15:26   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2026 | Form ID: plncf13 | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520860906 | + | Email/Text: mrdiscen@discover.com | Jan 16 2026 20:51:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520866646 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2026 20:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520919330 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2026 20:56:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520860907 | + | Email/Text: BKNotice@ldvlaw.com | Jan 16 2026 20:52:00 | Lyons, Doughty and Veldhuis, PC, 5 Greentree Ctr., 525 Rt. 73 N, Ste 400, P.O. Box 987, Marlton, NJ 08053-0987 |
| 520931816 | | Email/Text: camanagement@mtb.com | Jan 16 2026 20:52:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520860909 | | Email/Text: camanagement@mtb.com | Jan 16 2026 20:52:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 520914529 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2026 20:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520890156 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2026 20:53:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520860910 | + | Email/Text: bnc@nordstrom.com | Jan 16 2026 20:52:11 | Nordstrom/TD Bank USA, 13531 E. Calley Avenue, Englewood, CO 80111-6504 |
| 520929780 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2026 20:56:19 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 520910948 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2026 20:52:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520901201 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2026 20:52:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520860911 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 20:56:06 | SYNCB/Crate and Barrel, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520919322 | | Email/Text: bncmail@w-legal.com | Jan 16 2026 20:52:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520860912 | | Email/Text: bncmail@w-legal.com | Jan 16 2026 20:52:00 | TD Bank USA / Target National Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 520860913 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 20:56:21 | THD/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520881669 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 16 2026 20:53:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 520860916 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jan 16 2026 20:52:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 520931828 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2026 20:56:01 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520860914 | ##+ | Unlock Partnership Solution AO1 Inc., 5 Bryant Park, 23rd Floor, New York, NY 10018-0976 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 16, 2026 | Form ID: plncf13 | Total Noticed: 37 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Jon Yehl | on behalf of Debtor Onelly Gonzalez roger.yehl@yahoo.com  r48898@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4