Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−21389−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Onelly Gonzalez
aka Onelly Alonzo Delacruz, dba XXCELL
Management LLC
144 Brookside Avenue
Rivervale, NJ 07675

Social Security No.:
xxx−xx−6828

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on January 15, 2026.

On 9/10/26 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date: October 14, 2026
Time: 09:45 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 14, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-21389-SLM
Onelly Gonzalez Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Sep 14, 2026 Form ID: 185 Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Onelly Gonzalez, 144 Brookside Avenue, Rivervale, NJ 07675-6265 |
| 520860897 | + | Aspire Iowa SL, 6805 Vista Drive, West Des Moines, IA 50266-9307 |
| 520860903 | + | Credit Card FB&T, PO Box 84064, Columbus, GA 31908-4064 |
| 520860907 | + | Lyons, Doughty and Veldhuis, PC, 5 Greentree Ctr., 525 Rt. 73 N, Ste 400, P.O. Box 987, Marlton, NJ 08053-0987 |
| 520860908 | | M&T Bank, CBD Team, Millsboro, DE 19966-0900 |
| 520860915 | + | Unlock Partnership Solutions AO1 Inc., 548 Market Street, Suite 31036, San Francisco, CA 94104-5401 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcy@zbslaw.com | Sep 14 2026 21:08:00 | Nichole L Glowin, 30 Corporate Park Suite 450, Irvine, CA 92606 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2026 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2026 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520860895 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2026 21:11:42 | Amex/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520860896 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 14 2026 21:07:00 | Apple Card - GS Bank USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 520946771 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 14 2026 21:08:00 | Aspire Servicing Center obo ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 520860898 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 14 2026 21:08:00 | Barclays Bank, 125 South West Street, Wilmington, DE 19801-5014 |
| 520860899 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 14 2026 21:08:00 | Barclays Bank / Gap, 125 South West Street, Wilmington, DE 19801-5014 |
| 520860900 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 14 2026 21:08:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520860901 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 14 2026 21:11:35 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 520860902 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2026 21:11:48 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520937832 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2026 21:11:42 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| | | | |
|---|---|---|---|
| 520860903 | ^ MEBN | Sep 14 2026 21:01:20 | Credit Card FB&T, PO Box 84064, Columbus, GA 31908-4064 |
| 520860904 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 14 2026 21:08:00 | Department of Ed., 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 520860905 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 14 2026 21:08:00 | Department of Education, 121 S. 13th Street, Lincoln, NE 68508-1911 |
| 520860906 | + Email/Text: mrdiscen@discover.com | Sep 14 2026 21:07:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520866646 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2026 21:08:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520919330 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2026 21:11:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520931816 | Email/Text: camanagement@mtb.com | Sep 14 2026 21:08:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520860909 | Email/Text: camanagement@mtb.com | Sep 14 2026 21:08:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 520914529 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2026 21:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520890156 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2026 21:08:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520860910 | + Email/Text: bankruptcy@td.com | Sep 14 2026 21:08:00 | Nordstrom/TD Bank USA, 13531 E. Calley Avenue, Englewood, CO 80111-6504 |
| 520929780 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2026 21:11:53 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 520910948 | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2026 21:08:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520901201 | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2026 21:08:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520860911 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2026 21:11:57 | SYNCB/Crate and Barrel, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520919322 | Email/Text: bncmail@w-legal.com | Sep 14 2026 21:08:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520860912 | Email/Text: bncmail@w-legal.com | Sep 14 2026 21:08:00 | TD Bank USA / Target National Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 520860913 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2026 21:11:53 | THD/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520881669 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 14 2026 21:08:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 520860916 | + Email/Text: UpStart@ebn.phinsolutions.com | Sep 14 2026 21:08:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 520931828 | + Email/PDF: ebn_ais@aisinfo.com | Sep 14 2026 21:11:42 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** **Bypass Reason** **Name and Address**

520860914 ##+ Unlock Partnership Solution AO1 Inc., 5 Bryant Park, 23rd Floor, New York, NY 10018-0976

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Roger Jon Yehl | on behalf of Debtor Onelly Gonzalez roger.yehl@yahoo.com r48898@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4